UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 DEC 23 A 9: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
) CRIMINAL NO.
v. )
) VIOLATION:
EXXONMOBIL PIPELINE COMPANY, ) 33 U.S.C. §§1319(c)(1), 1321(b)(3)
) (Clean Water Act)
Defendant. )
)

## EXHIBITS SUPPORTING THE PLEA AGREEMENT

The United States hereby submits the attached exhibits in support of the Plea Agreement.

Dated this 23rd day of December, 2008.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JONATHAN F. MITCHELL
Assistant U.S. Attorney
ANDREW LAUTERBACK
Special Assistant U.S. Attorney
LCDR RUSSELL E. BOWMAN, USCG
Special Assistant U.S. Attorney

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources
U.S. Department of Justice

_____
GARY DONNER
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice



Mystic and Island End Rivers, Everett/Chelsea Massachusetts



ExxonMobil Everett, Massachusetts Berths





