

# BSC GROUP

33 Waldo Street
Worcester, MA 01608

Tel: 508-792-4500
    800-288-8123
Fax: 508-792-4509

www.bscgroup.com

November 23, 2009

Honorable Patti B. Saris
United States District Judge
1 Courthouse Way, Suite 6130
Boston, MA 02210

RE: USA v. ExxonMobil Pipeline Company
    Case Number: 1:08-cr-10404
    Invoice Review

Dear Judge Saris:

In accordance with our discussions and proposed method of payment, I am forwarding the second invoice for your review and approval. ExxonMobil has issued a Purchase Order for my services as the Court Appointed Observer. This invoice references that Purchase Order and the specific services conducted for the period covered by the invoice.

Please let me know if you have any questions or comments, or whether you wish to see the invoice in a different format. My email address is 'ihegemann@bscgroup.com' and my direct dial is 617-896-4514.

Sincerely,
BSC GROUP, INC.

*Ingeborg E Hegemann*

Ingeborg E. Hegemann
Vice President

Copy: Arthur Powers, Terminal Superintendent, ExxonMobil Pipeline Company

Engineers

Environmental
Scientists

GIS Consultants

Landscape
Architects

Planners

Surveyors



# BSC GROUP INC.

INVOICE

EXXONMOBILE GLOBAL SERVICES COMPANY
TERMINAL (MOC)
52 BEACHMAN STREET
EVERETT, MA 02149
Attn: ARTHUR POWERS

November 23, 2009
Invoice No: 9113171
Project No: 89483.00

Re: ECP COMPLIANCE FOR EVERETT TERMINAL

For professional services rendered for the period October 9, 2009 to November 20, 2009
for the referenced project.

Order No. 451179350
Purchase Contract HOU-SVC-EMPCo-NE
Requisition No. 13665784

CC: United States District Court
 1 Courthouse Way Suite 6130
 Boston, MA 02210
 Attn.; Judge Patti B. Saris

Tasks:

- Coordination with Exxon Mobil, Shaw Environmental,
- Coordination with Judge Saris regarding invoices,
- Participate in 10/20 and 11/16 conference calls
- Attendance at 10/22 EAG meeting at facility to observe audit
- Attendance at 11/9 SWPPP 4th Quarter Inspection Debrief
- Attendance at 11/17 North American Rapid Response Team (NAART) exercise

## Fee Charges

| Description | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| HEGEMANN, I. | PRINCIPAL | 180.00 | 17.00 | $3,060.00 |
| Current Fee Charges | | | | $3,060.00 |

## Out-of-Pocket Expenses

| | |
|---|---|
| TRAVEL/PRINTING | 69.20 |

| | |
|---|---|
| **Total Current Billing** | **$3,129.20** |

## IMPORTANT NOTICE
**Please Mail Remittance to**: BSC Group, Inc., 15 Elkins Street., Boston, MA 02127
Please include project and invoice number(s) being paid on front of check.   Tel: 617-896-4300