

# BSC GROUP INC.

**INVOICE**

EXXONMOBIL GLOBAL SERVICES COMPANY
TERMINAL (MOC)
52 BEACHAM STREET
EVERETT, MA 02149
Attn: ARTHUR POWERS

January 11, 2012
Invoice No: 9116574
Project No: 89483.00

*Paid B Saris* (signature)

Re: ECP COMPLIANCE FOR EVERETT TERMINAL

For professional services rendered for the period November 12, 2011 to January 6, 2012 for the referenced project.

Order No. 4513625523
Purchase Contract HOU-SVC-EMPCo-NE
Requisition No.

~~United States District Court~~    United States District Court
1 Courthouse Way Suite 6130    408 Atlantic Avenue, Room 434
Boston, MA 02210    Boston, MA 02110-3349
Attn.; Judge Patti B. Saris    Attn.: Michael J. Galluzzo, Probation Officer

Case Number 1:08-cr-10404

Tasks:

Participation in conference calls
Participation in SWPPP Meeting Dec 14
Preparation for and attendance at Government Annual Meeting Dec 19
Coordination with Government, EMPCo, EAG
Preparation of Quarterly Report

**Fee Charges**

| Description | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| HEGEMANN, I. | PRINCIPAL | 180.00 | 23.50 | $4,230.00 |
| Current Fee Charges | | | | $4,230.00 |

**Out-of-Pocket Expenses**

| | |
|---|---|
| TRAVEL/REPRODUCTIONS | 67.32 |

| | |
|---|---|
| **Total Current Billing** | **$4,297.32** |

**IMPORTANT NOTICE**
**Please Mail Remittance to** : BSC Group, Inc., 15 Elkins Street., Boston, MA 02127
Please include project and invoice number(s) being paid on front of check.          Tel: 617-896-4300