

# BSC GROUP INC.

INVOICE

EXXONMOBIL GLOBAL SERVICES COMPANY
TERMINAL (MOC)
52 BEACHAM STREET
EVERETT, MA 02149
Attn: ARTHUR POWERS

May 18, 2012
Invoice No: 9117242
Project No: 89483.00

*5/23/2012*
*I approve.*
*Thank you.*
*Paul Blann*

Re: ECP COMPLIANCE FOR EVERETT TERMINAL

For professional services rendered for the period March 12, 2012 to May 11, 2012
for the referenced project.

Order No. 4514661495
Purchase Contract  HOU-SVC-EMPCo-NE
Requisition No.

CC: United States District Court          United States District Court
    1 Courthouse Way Suite 6130            408 Atlantic Avenue, Room 434
    Boston, MA 02210                       Boston, MA 02110-3349
    Attn.; Judge Patti B. Saris            Attn.: Michael J. Galluzzo, Probation Officer

Case Number 1:08-cr-10404

Tasks: Conference calls: 3/12, 4/2, 4/16; Preparation of Final Report

**Fee Charges**

| Description | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| HEGEMANN, I. | PRINCIPAL | 200.00 | 13.25 | $2,650.00 |
| Current Fee Charges | | | | $2,650.00 |

**Out-of-Pocket Expenses**

| | |
|---|---|
| REPRODUCTIONS | 16.20 |

| | |
|---|---|
| **Total Current Billing** | **$2,666.20** |

**IMPORTANT NOTICE**
**Please Mail Remittance to :** BSC Group, Inc., 15 Elkins Street., Boston, MA  02127
Please include project and invoice number(s) being paid on front of check.          Tel: 617-896-4300